UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TYRONE ROBERTS,<br><br>    Plaintiff,<br><br>v.<br><br>J. DELEON, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01551-JDP<br><br>FINDINGS AND RECOMMENDATIONS THAT NON-COGNIZABLE CLAIMS BE DISMISSED<br><br>OBJECTIONS DUE IN 14 DAYS |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On August 7, 2019, I screened plaintiff's complaint and found that he stated (1) excessive force claims against defendants Deleon, Gutierrez, Sauvannakham, Lima, and Escalante; and (2) failure to protect claims against defendants Garcia and Vera. ECF No. 21. I found no other cognizable claims. *Id.* In response to the screening order, plaintiff notified the court that he would proceed only on the cognizable claims. ECF No. 19. Therefore, I recommend dismissal of all other claims and defendants.

Under 28 U.S.C. § 636(c)(1), all parties named in a civil action must consent to a magistrate judge's jurisdiction before that jurisdiction vests for "dispositive decisions." *Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017). No defendant has appeared or consented to a magistrate judge's jurisdiction, so any dismissal of a claim requires an order from a district judge.

1

*Id.* Thus, the undersigned submits the following findings and recommendations to a United States District Judge under 28 U.S.C. § 636(b)(l):

1. Plaintiff states excessive force claims against defendants Deleon, Gutierrez, Souvannakham, Lima, and Escalante.
2. Plaintiff states failure to protect claims against defendants Garcia and Vera.
3. Plaintiff's remaining claims and all other defendants should be dismissed without prejudice.

Within fourteen days of service of these findings and recommendations, the parties may file written objections with the court. If the parties file such objections, they should do so in a document captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *See Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: August 21, 2019

UNITED STATES MAGISTRATE JUDGE

No. 204