UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TYRONE ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>J. DELEON, et al.,<br><br>Defendants. | No. 1:18-cv-01551-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT NON-COGNIZABLE CLAMS BE DISMISSED<br><br>(Doc. No. 24) |

Plaintiff Brian Tyrone Roberts is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's non-cognizable claims be dismissed, and that the case go forward only on his claims found to be cognizable in the August 7, 2019 screening order. (Doc. No. 24.)[1] The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 2.) Plaintiff filed a

---

[1] On August 19, 2019, plaintiff filed a notice with the court indicating that he was willing to proceed only on those claims found to be cognizable in the screening order and reporting that he did not wish to file an amended complaint. (Doc. No. 22.)

1

notice indicating that he agreed with those findings and recommendations on August 29, 2019. (Doc. No. 28.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 21, 2019 (Doc. No. 24) are adopted in full;
2. This case will proceed on plaintiff's excessive use of force claims against defendants Deleon, Gutierrez, Souvannakham, Lima, and Escalante and on his failure to protect claims brought against defendants Garcia and Vera;
3. All other claims and defendants are dismissed from this action; and
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 21, 2019**

UNITED STATES DISTRICT JUDGE