FILED

JAN 16 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TYRONE ROBERTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. DELEON, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01551-DAD-JDP<br><br>ORDER THAT INMATE BRIAN TYRONE ROBERTS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Plaintiff Brian Tyrone Roberts is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　A settlement conference in this matter commenced on January 16, 2020. Inmate Brian Tyrone Roberts, CDCR # AU-5434, is no longer needed by the Court as a witness in these proceedings, and the Writ of Habeas Corpus Ad Testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATE: 1/16/2020

_____
UNITED STATES MAGISTRATE JUDGE