IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIAN TYRONE ROBERTS, | 1:18-cv-01551-DAD-JDP (PC) |
| Plaintiff, | ORDER DIRECTING THE CLERK TO CLOSE THIS CASE |
| v. | |
| J. DELEON, et al., | |
| Defendants. | |

This case has been voluntarily dismissed by stipulation under Rule 41(a)(1)(A)(ii). ECF No. 57. Thus, the clerk is directed to close this case.

IT IS SO ORDERED.

Dated:    January 22, 2020    _____
UNITED STATES MAGISTRATE JUDGE

No. 204.