# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TYRONE ROBERTS,<br><br>  Plaintiff,<br><br>  v.<br><br>DELEON, *et al.*,<br><br>  Defendants. | 1:18-cv-01551-DAD-JDP (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>(ECF No. 60)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Brian Tyrone Roberts ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 16, 2020, a settlement conference was held before the undersigned. The terms and conditions of the settlement agreement were placed on the record and the Court retained jurisdiction to enforce the settlement. (ECF No. 55.)

On January 17, 2020, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 57), and the action was closed, (ECF No. 58).

Currently before the Court a letter from Plaintiff to the undersigned, filed April 30, 2020. (ECF No. 60.) In the letter, Plaintiff states that on April 9, 2020, $681.33 was deposited into his trust account. However, during the settlement conference in this action, Defendants agreed to

settle the case for the total amount of $1,200.00.  Plaintiff has attached a copy of the inmate statement report he received, dated April 22, 2020.  (Id.)  The Court construes Plaintiff's motion as a motion to enforce the settlement agreement.

The Court finds it appropriate to obtain a response from Defendants regarding the motion.  Accordingly, Defendants shall file a response to Plaintiff's motion, (ECF No. 60), within **twenty-one (21) days** from the date of this order.  Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendants' response.

IT IS SO ORDERED.

Dated:   **May 1, 2020**                                    /s/ *Barbara A. McAuliffe*            _
                                                            UNITED STATES MAGISTRATE JUDGE